# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN DALEY, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENCORE CAPITAL GROUP, INC.; MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendants. | NO: 2:17-CV-0381-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 10). The parties represent that all disputes in this matter have been resolved and jointly move the Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own costs and attorneys' fees.

2. Any pending motions are **DENIED** as moot and all hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED April 10, 2018.



THOMAS O. RICE
Chief United States District Judge